**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000412
06-MAY-2025
08:25 AM
Dkt. 52 OAWST**

NO. CAAP-24-0000412

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

WILMINGTON SAVINGS FUND SOCIETY, FSB,
D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR
PRETIUM MORTGAGE ACQUISITION TRUST,
Plaintiff-Appellee,
v.
WADE KEONE ABIVA,
Defendant-Appellant,
and
JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20;
DOE ENTITIES 1-20; AND DOE GOVERNMENTAL UNITS 1-20,
Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CCV-21-0000364)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal with Prejudice (**Stipulation**), filed April 23, 2025, by Defendant-Appellant Wade Keone Abiva, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs on appeal; and (3) the Stipulation is signed by counsel for all appearing parties. Therefore, IT IS HEREBY ORDERED that the Stipulation is approved

and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaii, May 6, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

Sonja M.P. McCullen
Associate Judge